UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FRANCES L. MOSES, | |
| Plaintiff, | 2:10-cv-1728-LDG-RJJ |
| vs. | |
| AMERICAN FEDERAL OF MUSICIANS AND EMPLOYERS' PENSION FUND, *et al.*, | O R D E R |
| Defendant, | |

This matter was referred to the undersigned Magistrate Judge a Motion to Withdraw as Counsel of Record For Plaintiff Without Substitution (#10) filed by Plaintiff's counsel.

The Court having reviewed the Motion (#10) and good cause appearing therefore,

IT IS HEREBY ORDERED that a hearing on the Motion to Withdraw as Counsel of Record For Plaintiff Without Substitution (#10) filed by Plaintiff's counsel is scheduled for January 4, 2011, at 2:00 PM in LV Courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

IT IS FURTHER ORDERED that Plaintiff, Frances L. Moses, must appear in court for this hearing. There is NO EXCEPTION to this requirement. Failure to appear may result in an order to show cause being issued by the court.

IT IS FURTHER ORDERED that Plaintiff's counsel shall personally serve, or serve by certified mail, return receipted requested, a copy of the motion to withdraw and a copy of this

1  Order on the Plaintiff, Frances L. Moses. Proof of compliance with this service requirement
2  must be filed with the court prior to the scheduled hearing. There is NO EXCEPTION to the
3  service requirement.
4      DATED this __9th__ day of December, 2010.

                                                _____
                                                ROBERT J. JOHNSTON
                                                United States Magistrate Judge