UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FRANCES L. MOSES, ) | |
| ) | |
| Plaintiff, ) | 2:10-cv-1728-LDG-RJJ |
| ) | |
| vs. ) | |
| ) | |
| MUSICIANS UNION OF LAS ) | O R D E R |
| VEGAS LOCAL 369, ) | |
| ) | |
| Defendant, ) | |

This matter is before the Court on an oral request from Plaintiff, Frances L. Moses for an extension due to health reasons to comply with the Court's Order entered at the hearing held February 7, 2011. *See*, Minutes of Proceedings (#26). Good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff, Frances L. Moses is granted an extension to and including March 18, 2011, to retain counsel or file a statement that she will be representing herself.

DATED this  2d  day of March, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge