UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| FRANCES L. MOSES, | ) | |
| | ) | |
| Plaintiff, | ) | 2:10-cv-1728-LDG-RJJ |
| | ) | |
| vs. | ) | |
| | ) | |
| MUSICIANS UNION OF LAS VEGAS LOCAL 369, *et al.*, | ) | O R D E R |
| | ) | |
| Defendant, | ) | |

This matter is before the Court on Plaintiff's Motion to Extend Time to Obtain Counsel (#29).

The Court have considered the request and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Time to Obtain Counsel (#29) is GRANTED IN PART AND DENIED IN PART.

IT IS FURTHER ORDERED that Plaintiff is **GRANTED to and including April 15, 2011, to obtain counsel**.

IT IS FURTHER ORDERED that Plaintiff's Motion to Extend Time to Obtain Counsel (#29) is DENIED as to all other requests.

DATED this   6th   day of April, 2011.

ROBERT J. JOHNSTON
United States Magistrate Judge