1
2
3
4
5                          **UNITED STATES DISTRICT COURT**
6                               **DISTRICT OF NEVADA**
7
8    FRANCES L. MOSES,
          Plaintiff,                                    2:10-cv-1728-LDG-RJJ
9
10   v.                                                 **ORDER**
     AMERICAN FEDERATION OF MUSICIANS
11   AND EMPLOYERS' PENSION FUND, et al.,
12        Defendants.
13
14        Defendants have filed a motion for sanctions (#38, response #39, reply #40).  After
15   considering the arguments and authorities,
16        THE COURT HEREBY ORDERS that defendants' motion for sanctions (#38) is
17   DENIED.
18
19   DATED this _____ day of January, 2013.
20
21                                              _____
22                                              Lloyd D. George
                                                United States District Judge
23
24
25
26